AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Scott Ray Christensen | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED _____ LODGED _____
_____ RECEIVED

DEC 07 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Scott Ray Christensen                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/22

Digitally signed by Zia M. Faruqui
Date: 2022.11.28 17:54:08 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.             Zia M. Faruqui, Magistrate Judge
                                               *Printed name and title*

### Return

This warrant was received on *(date)* 11/28/2022, and the person was arrested on *(date)* 12/07/2022
at *(city and state)* Puyallup, WA.

Date: 12/07/2022

*Arresting officer's signature*

Sharon Carpenter, Special Agent
*Printed name and title*